

# United States District Court
## Central District of California
### Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

December 30, 2019

Clerk, United States District Court

__SOUTHERN__ District of __CALIFORNIA__

US COURTHOUSE
333 WEST BRAODWAY, SUITE 420
SAN DIEGO, CA 92101

Re:   Transfer of Jurisdiction of Probation
    Your Case No. __17CR031A4-001-BTM__
    Assigned Our Case No. __cr 19-00797 RJK__
    Case Title: __USA VS YARITZ SEGURA__

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Virginia A. Phillips__.

Please forward to this district certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By __Linda_Chai@cacd.uscourts.gov__
   Deputy Clerk

cc:   Probation Office, Central District of California
   Probation Office, District of Origin

CR-25 (06/18)    **TRANSMITTAL LETTER - PROBATION TRANSFER IN**